

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2019

No. 04-19-00209-CV

Scott **BURRIS**, Ashley Burris, Wayne Burris, Lee Burris, Kenneth David, Cece Davis, Amy Wilson, Mike Wilson, Daryl Green, Cathy Green, Jeffery Griggs, Cliff Jackson, Mamie Jackson, William Merrill, Tonya Spells, Quinton Perry, Angie Perry, Kenneth Shields, Tamara Shields, Cathy Hight, Clinton Siples, and Michelle Siples,
Appellants

v.

**SCHERTZ BANCSHARES CORPORATION**, Individually and d/b/a Schertz Bank & Trust, Schertz Bank & Trust, and Mustang Valley Estates Homeowners Association,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1512-CV
Honorable William Old, Judge Presiding

# O R D E R

The clerk's record in this accelerated appeal was due May 16, 2019. On May 20, 2019, the clerk filed a notification of late record asking for an extension to May 22, 2019. The clerk filed the record on May 22, 2019. Accordingly, we **GRANT** the requested extension.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of May, 2019.

_____
Keith E. Hottle,
Clerk of Court